Phil B. Whitaker, W. C. Smith, and W. M. Haynes, all of Chattanooga, Tenn., for appellees.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

It appearing from consideration of the record, oral argument and briefs in this cause that the judgment of the District Court entered on the verdict of a jury was correct, for the reasons stated by the District Court in its opinion filed on motion for judgment notwithstanding the verdict and for a new trial (33 F.Supp. 176), the judgment of the District Court is affirmed.

**TRAUB MFG. CO., a Michigan Corporation, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8690.

Circuit Court of Appeals, Sixth Circuit.

Nov. 3, 1941.

Don M. Harlan, of Detroit, Mich., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Irving M. Tullar, and Morton K. Rothschild, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and on consideration whereof, it is ordered, adjudged, and decreed that the order of the Board of Tax Appeals be and the same is affirmed on the authority of Helvering v. Moloney Electric Co., 8 Cir., 120 F.2d 617, and Haffenreffer Brewing Co. v. Commissioner of Internal Revenue, 1 Cir., 116 F.2d 465.

**A. B., Appellant, v. C. D., Appellee.**

No. 7717.

Circuit Court of Appeals, Third Circuit.

July 8, 1941.

Samuel G. Wagner, of Pittsburgh, Pa., for appellant.

Thomas Raeburn White, of Philadelphia, Pa., for appellee.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

The judgment of the district court is affirmed upon the opinion of Judge Bard, 36 F.Supp. 85.

**THE BRAGANZA.**

**Charles R. DRAGELAND, Libellant-Appellee, v. Motorship BRAGANZA, Claimant-Appellant.**

No. 119.

Circuit Court of Appeals, Second Circuit.

Dec. 23, 1941.

Hatch & Wolfe, (Carver W. Wolfe and Eli Ellis), all of New York City, for claimant-appellant.

David M. Fink, Jacquin Frank, and Jacquin Frank, all of New York City, for libellant-appellee.

Before AUGUSTUS N. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Decree affirmed.